UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CESAR PEREZ**, individually,

    **Plaintiff/Counter-Defendant
and Third Party Defendant**

v.

**555 METROPOLITAN AVENUE,
LLC,** a New York for profit business entity,

    **Defendant/Counter-Plaintiff**

    **And**

**NORMAN ISAACS and MUSIC ENTERPRISE INC., ,** a New York for profit business entity,

    **Third Party Defendant/
Counter-Plaintiff,**
_____/

Case No. 1:16-cv-01954

## NOTICE OF SETTLEMENT

Plaintiff CESAR PEREZ, by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and all other applicable statutes, regulations, and legal authorities, as well as this Court's inherent authority, hereby provides this honorable Court with Notice of Settlement of all claims in their entirety thus making any future conference, unnecessary.

The Parties' intend on finalizing their settlement and related documents to this Court within forty-five (45) days of the filing of the instant notice.

Respectfully submitted on April 10, 2017.

By: /s/ Tara Demetriades          /s /
Tara Demetriades, Esq.
New York Bar No. 4185666
ADA Accessibility Associates
2076 Wolver Hollow Road
Oyster Bay, New York 11771
E: TDemetriades@Aol.com
T: (516) 595-5009

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Settlement has been served via the Court's CM/ECF filing system upon all parties of record on April 10, 2017.

**By:  /s/ Tara Demetriades**
Tara Demetriades, Esq.
New York Bar No. 4185666