# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

**CESAR PEREZ**, individually,

       **Plaintiff/**

Case No. 1:16-cv-01954

v.

**555 METROPOLITAN AVENUE, LLC,** a New York for profit business entity,

       **Defendant**
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom committee has been appointed or conservatee and no person not a party has an interest in this subject matter of the action, that the above entitled action be dismissed *with prejudice*, without costs and attorney's fees to either party as against the other and that each party waives all rights of appeal with respect to such dismissal.

Respectfully submitted on May 16, 2017.

| | |
|---|---|
| By: /s/ Michael F. Schwartz /s/<br>Michael F. Schwartz, Esq.<br>40 Fulton Street, 7th Floor<br>New York, NY 10038<br>Tel. No: 212-964-1500<br>Fax No.: 212-385-7933<br>mfs@michaelfschwartzlaw.com | By: _____<br>Tara Demetriades, Esq.<br>*Attorneys for Plaintiff*<br>ADA Accessibility Associates<br>1076 Wolver Hollow Road<br>Oyster Bay, NY 11771<br>Tel. No.: (516) 595-5009<br>Fax No.: (516) 626-7704 |

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Stipulation for Dismissal has been served via the Court's CM/ECF filing system upon all parties of record on May 16, 2017.