UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
CESAR PEREZ,   :   Docket No.: 16-CV-1954
　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiff,　 :
　　　　　　　　　　　　　　　　:
　　　-against-　　　　　　　　 :   **STIPULATION OF**
　　　　　　　　　　　　　　　　:   **DISCONTINUANCE**
555 METROPOLITAN AVENUE, LLC,  :
　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendant.　:
　　　　　　　Third Party Plaintiff, :
　　　　　　　　　　　　　　　　:
　　　-against-　　　　　　　　 :
　　　　　　　　　　　　　　　　:
NORMAN ISAACS and MUSIC ENTERPRISE :
INC.,　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　:
　　　　　　　Third Party Defendants. :
-------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Defendant, and Third Party Plaintiff, 555 Metropolitan Avenue, LLC and Third Party Defendants, Norman Isaacs and Music Enterprise Inc. that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or a conservatee and no person not a party has an interest in the subject matter of this action, that the pending third party action shall be and is hereby discontinued with prejudice, without costs and attorney's fees to either party as against the other and that each party waives all rights of appeal with respect to such dismissal..

Facsimile signatures shall be deemed to be originals for purposes of this Stipulation.

Dated: New York, New York
       May 30, 2017

　　　　　　　　　　　　　　　　　　　　Michael F. Schwartz, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Third Party Defendants

By: _____
Michael F. Schwartz, Esq. (7711)
40 Fulton Street, 7th Floor
New York, New York 10038
(212) 964-1500

Hariri & Crispo
Attorneys for Defendant/Third Party Plaintiff

By: _____
Ronald D. Hariri, Esq. (6434)
750 Third Avenue, 9th floor
New York, NY 10017
(212) 980-2233